# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. MCCORMICK
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
TIMOTHY H. WOLF**
ANDREW R. GOTTESMAN
ROBIN C. FRIED
RYAN W. LAWLER*
ADAM D. FRIEDLAND
MARIA EVA GARCIA*
GABRIEL ALTMAN
ABBYE L. LAWRENCE
ANDREW E. STECKLER
MICHAEL G. MEYERS
CECE M. COLE

*Also Admitted in New Jersey
**Also Admitted in Florida

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/20

APPLICATION GRANTED.

The initial conference set for April 9, 2020, at 10:30 A.M. is adjourned to April 16, 2020, at 10:40 A.M. Pre-conference materials are due on April 9, 2020.

Dated: March 12, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

March 11, 2020

<u>Via ECF</u>
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Nathaniel Garrett Dennison v. Storyful Americas, LLC*
Docket No. 20-cv-698 (LGS) (S.D.N.Y.)

Dear Judge Schofield:

We are writing on behalf of Defendant Storyful Americas, LLC ("Storyful") pursuant to Section I(B)(2) of this Court's Individual Practices to request a brief adjournment of the Initial Conference currently scheduled for April 9, 2020. Plaintiff's counsel consents to this first request for an adjournment of the Initial Conference. Both parties' counsel are available on the following dates for the Initial Conference: April 16, 2020; April 20, 2020; and April 21, 2020.

We also request a corresponding extension of the parties' time to file their joint Proposed Civil Case Management Plan and Scheduling Order, and their joint letter, as required by the Court's February 25, 2020 Order (ECF 6).

We thank the court for considering this request.

Respectfully submitted.

Steven G. Mintz

Cc (by ECF): Richard Liebowitz, Esq.