```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
NATHANIEL GARRETT DENNISON,                                 :
                                    Plaintiff               :
                                                            :           20 Civ. 698 (LGS)
              -against-                                     :
                                                            :               ORDER
STORYFUL AMERICAS, LLC,                                     :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial conference in this matter is scheduled for April 16, 2020. ECF 16;

WHEREAS, Defendant requested a mediation referral, and otherwise no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

**ORDERED** that the April 16, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to file a Rule 12 motion and to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact or expert discovery absent compelling circumstances.

A mediation referral will issue in a separate order.

Dated: April 13, 2020
       New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**