UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

NATHANIEL GARRETT DENNISON,

                        Plaintiff

- against -

STORYFUL AMERICAS, LLC,

                        Defendant.

20 Civ. 698

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, on January 27, 2020, Plaintiff filed this action, alleging copyright infringement under 17 U.S.C. §§ 106, 501.  ECF 1;

    WHEREAS, on April 15, 2020, Defendant filed two letters.  The first letter requested a conference to discuss a proposed motion to require Plaintiff (and/or his counsel) to post bond pursuant to Local Civil Rule 54.2.  ECF 20.  The second letter requested a conference to discuss a proposed motion to dismiss the complaint in part because it fails plausibly to allege a willful copyright infringement.  ECF 21;

    WHEREAS, on April 16, 2020, the Court endorsed the letter requesting a conference to discuss Defendant's proposed motion to dismiss.  ECF 22.  The endorsement stated that "Plaintiff shall file a response to this letter and to the letter at Docket No. 20 by April 22, 2020.  The response shall not exceed six pages, single-spaced, and shall otherwise comply with the Court's Individual Rules.  The Court may rule on the motion that bond be posted based on the letter submissions."  *Id*.;

    WHEREAS, on April 22, 2020, Plaintiff filed a letter solely in response to the motion that bond be posted.  ECF 23;

WHEREAS, on April 28, 2020, Defendant filed a letter requesting a conference to discuss a proposed motion for sanctions under Rule 11, 28 U.S.C. § 1927, and/or the Court's inherent powers.  ECF 24;

WHEREAS, the referral to the court's mediation program was not accepted.  It is hereby

**ORDERED** that, by **May 7, 2020**, Defendant shall file a reply to Plaintiff's April 22 letter, including analysis that addresses the Opinion published by the Hon. Lewis J. Liman that is attached to Plaintiff's letter as Exhibit A.  There is no page limit in light of the length of Judge Liman's opinion.  It is further

**ORDERED** that, by **May 7, 2020**, Plaintiff shall file a response to Defendant's letter requesting to file a motion to dismiss and its letter requesting to file a motion for sanctions.  The letter shall not exceed five pages, single-spaced.  It is further

**ORDERED** that, by **May 7, 2020**, the parties shall file a joint letter stating whether they request a referral to the magistrate judge for settlement purposes.

Dated: May 1, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**