UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL GARRETT DENNISON,<br><br>                             Plaintiff<br><br>        - against -<br><br>STORYFUL AMERICAS, LLC,<br><br>                             Defendant. | 20 Civ. 698<br><br>ORDER |

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, on May 7, 2020, Defendant filed a letter responding to Plaintiff's letter opposition to Defendant's request to file a motion for Plaintiff to post bond.  ECF 28;

WHEREAS, on May 7, 2020, Plaintiff filed a letter responding to Defendant's request to file a motion to dismiss and a motion for sanctions.  ECF 30;

WHEREAS, on May 7, 2020, the parties filed letters stating whether they request a referral to the magistrate judge for settlement purposes.  ECF 29, 31.  It is hereby

**ORDERED** that Defendant shall, by **May 28, 2020**, file a single brief that includes its motion to dismiss the Complaint, motion for sanctions and motion for Plaintiff to post bond. Plaintiff shall, by **June 18, 2020**, file a single brief in opposition to Defendant's motions. Defendant shall file a single reply by **June 25, 2020**.  The submissions shall comply with the Court's Individual Rules as to motions practice.  The parties should only address the motion for Plaintiff to post bond to the extent that they intend to raise new information that the letters have not already addressed.

Dated: May 8, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**