UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                     :
NATHANIEL GARRETT DENNISON,    :
                                Plaintiff,   :
                                                     :      20 Civ. 698 (LGS)
                    -against-                     :
                                                          :           <u>ORDER</u>
STORYFUL AMERICAS, LLC,              :
                                       Defendant.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, Richard Liebowitz having been suspended from the practice of law in the Southern District of New York, *see In the Matter of Richard Liebowitz*, No. M-2-238 (S.D.N.Y. Nov. 25, 2020). It is hereby

        **ORDERED** Attorney James Freeman, who will remain as counsel of record for Plaintiff, is directed to serve a copy of this Order upon Plaintiff Nathaniel Garrett Dennison, and file proof of such service on the electronic docket of this action, no later than **December 10, 2020**.

        The Clerk of Court is respectfully directed to terminate attorney Liebowitz as counsel of record for Plaintiff in this action.

Dated: December 3, 2020
         New York, New York

                                                       LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**